| UNITED STATES BANKRUPTCY COURT  <br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284  <br>Marie-Ann Greenberg, Standing Trustee  <br>30 TWO BRIDGES ROAD  <br>SUITE 330  <br>FAIRFIELD, NJ  07004-1550  <br>973-227-2840  <br>Chapter 13 Standing Trustee |
| IN RE:  <br>    GINA VASQUEZ |

**Order Filed on May 13, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-32629

Judge: JOHN K. SHERWOOD

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: May 13, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): GINA VASQUEZ

Case No.: 18-32629JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of TOYOTA MOTOR CREDIT CORPORATION, Court Claim Number 5, be modified to amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.