Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−32629−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina Vasquez
   3 Wabash Ave
   Wharton, NJ 07885−2423

Social Security No.:
   xxx−xx−1792

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2019
JAN: zlh

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32629-JKS
Gina Vasquez                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Jun 28, 2019
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
```
db              Gina Vasquez,    3 Wabash Ave,    Wharton, NJ 07885-2423
cr             +HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DE,    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517871302      +At&T Universal,    Po Box 6284,    Sioux Falls, SD 57117-6284
517896123      +HSBC BANK USA, NATIONAL ASSOCIATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517940741      +HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE,    Attn: Cashiering Department,
                 1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517889090       Ocwen Loan Servicing,    Suite 100,    West Palm Beach, FL 33409
517943050       Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, FL 33416-4605
517871305      +Prudential,    751 Broad St,    Newark, NJ 07102-3754
517871306       RAS Citron,    130 Fairfield Rd,    Fairfield, NJ 07004-2407
517980684      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517897781      +VAK M8 Fund, LLC,    224 E. Jericho Turnpike,    South Huntington, NY 11746-7304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Jun 29 2019 04:48:00      Americredit Financial Services, Inc. dba GM Financ,
                 PO Box 183853,    Arlington, TX 76096-3853
517908405       EDI: PHINAMERI.COM Jun 29 2019 04:48:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
517871303      +EDI: PHINAMERI.COM Jun 29 2019 04:48:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
517871304      +EDI: HFC.COM Jun 29 2019 04:48:00      HSBC,    PO Box 17904,    San Diego, CA 92177-7904
517980609       EDI: PRA.COM Jun 29 2019 04:48:00      Portfolio Recovery Associates, LLC,
                 c/o Lord&taylorconsumerpos,    POB 41067,    Norfolk VA 23541
                                                                                                TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517871307     ##+Toyota Moto Leasing,    19001 S Western Ave,    Torrance, CA 90501-1196
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor Gina  Vasquez gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR
               DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH
               CERTIFICATE hkaplan@rasnj.com,    informationathnk@aol.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2019
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Laura M. Egerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Sindi Mncina    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE smncina@rascrane.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7