| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    GINA VASQUEZ | **Order Filed on June 28, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:  18-32629JKS<br><br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: June 28, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): GINA VASQUEZ

Case No.: 18-32629JKS

Caption of Order:   ORDER DISMISSING PETITION

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

    Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Gina Vasquez  
    Debtor

Case No. 18-32629-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 28, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.  
db        Gina Vasquez,    3 Wabash Ave,    Wharton, NJ    07885-2423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:

         Benjamin Jamie Ginter    on behalf of Debtor Gina Vasquez gintr316@aol.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harold N. Kaplan    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE hkaplan@rasnj.com, informationathnk@aol.com  
         Laura M. Egerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Sindi Mncina    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                               TOTAL: 7